# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MY11 | E 2137663 | Zweck | 323 |

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) 0720 | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 07/10/2025 | MTA-21-801.1 |

Place of Offense

Porter Street  Fort Detrick MD

Offense Description: Factual Basis for Charge                    HAZMAT ☐

MTA 21-801.1

Exceed max speed 42 mph in a 25mph zone

## DEFENDANT INFORMATION

Last Name
Ferreira

Abismel

Street Address

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 9GN9636 | MD | 12 | ACUR SD | | Gray |

### APPEARANCE IS REQUIRED

A ☐ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL

B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$     80   Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT**
**www.cvb.uscourts.gov**  →

$     110   Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address
1520 Freedman Drive
Fort Detrick MD
21702

Date TBD

Time TBD

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E2137663*

I state that on July 10th, 2025 while exercising my duties as a law enforcement officer in the Fort Detrick District of Maryland

On 20250710 at 0720 HRS, I observed a gray Acura Bearing MD REG. 9GN9636 Traveling East on Porter Street at a high rate of speed. My visual observation was Confirmed by RADAR with an Audio/Digital Display of 42mph in a clearly Posted 25mph Zone. I activated my emergency equipment and conducted a traffic stop. The vehicle's operator did not stop until they where in their parking space. When Operator was asked why it took until they were parked, they stated that they did not know that they where being Stopped or need to pull off for emergency vehicle. I then identified the operator Ferreira by their drivers License.

The foregoing statement is based upon:

☒ my personal observation    ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/10/2025 _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident